RECEIVED
IN MONROE, LA
JUN 2 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BARBARA J. MINNIEWEATHER, Appellant | CIVIL ACTION NO. CV03-2300-M |
| VERSUS | |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, Appellee | JUDGE ROBERT G. JAMES MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that final decision of the Commissioner is AFFIRMED and that Minnieweather's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 26 day of June, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE